# REDACTED

**From:** Jim Logerquist
**Sent:** Saturday, November 7, 2015 12:28 PM
**To:** Greg OLeary
**Cc:** Bob Rosencrants; Michelle Roosa; Karla Lasee
**Subject:** RE: Northern Lakes Region

I would allow him to retain it until he returns to Eau Claire and he'll also need a phone while travelling. I'm sure he also has keys, etc. for the Eau Claire facility so we will have to collect those anyway once he gets back to Wisconsin. We can gather those items, phone, keys, credit card, etc. when he is back home. That is my recommendation.

Jim Logerquist

**From:** Greg OLeary
**Sent:** Saturday, November 07, 2015 12:21 PM
**To:** Jim Logerquist
**Cc:** Bob Rosencrants; Michelle Roosa; Karla Lasee
**Subject:** Re: Northern Lakes Region

I just spoke with David and he will see ▮▮▮▮ on Tuesday. I will be on the phone while David is in the room with Greg.

One question, do we leave ▮▮▮▮ credit card active while he is traveling back to Wisconsin or do we cancel it and have him cover his travel expenses on his personal card?

On Nov 7, 2015, at 10:54 AM, Greg OLeary <Greg.OLeary@altertrading.com> wrote:

 ▮▮▮▮ - Still in the south. I reached out to David this am and will confirm details when I hear back from him.

 ▮▮▮▮ - Plan is at year end. I've had no confirmation that ▮▮▮▮ will be a fixture at St Paul, which is my preference.

 ▮▮▮▮ - He has been working at ATT St Paul for past 3 weeks. Based on their current needs we filled out transfer paperwork yesterday. Tom will sign and send to HR Timesheet on Monday. At such time that ATT slows down or Trading picks up he will be released or transferred back to Trading.

1

**Exhibit H**

ALTER_00001
CONFIDENTIAL

On Nov 6, 2015, at 5:51 PM, Jim Logerquist <Jim.Logerquist@altertrading.com> wrote:

Bob, Greg,

Please review the information below. This is the latest information I have on your regional changes.

Please review and respond as soon as possible if there are any changes, or confirm if it is accurate.

Please copy Michelle with any responses as she is working on individual packages for each employee by name. Thank you.

**Northern Lakes Region**

| Location | | Type | Status | |
|---|---|---|---|---|
| Anoka, MN | ██████ | Hourly | Release | |
| Anoka, MN | ██████ | Hourly | Release | |
| Eau Claire, WI | ██████ | Salaried | Release | How. W |
| Eau Claire, WI | ██████ | Salaried | Release | |
| Marshall, MN | ██████ | Hourly | Release | |
| Marshall, MN | ██████ | Hourly | Release | |
| Marshall, MN | ██████ | Hourly | Release | |
| St. Paul, MN | ██████ | Salaried | Release | Now, or |
| St. Paul, MN | ██████ | Admin | Release | |
| St. Paul, MN | ██████ | Hourly | Release | |
| Hayfield, MN | ██████ | Hourly | Release | |

Jim Logerquist
Vice President Human Resources
Alter Trading Corporation
700 Office Parkway
St. Louis, MO 63141
Jim.Logerquist@altertrading.com
Desk (314) 872-2402
Cell (608) 338-6309

2

ALTER_00002
CONFIDENTIAL